UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SWAIN

------------------ x
                                   :
UNITED STATES OF AMERICA           :
                                   :   NOTICE OF INTENT TO
        - v. -                     :   FILE AN INFORMATION
                                   :
RUSSELL DWAYNE LEWIS,              :
    a/k/a "Clifford Ari Getz,"     :
    a/k/a "Clifford Ari Getz Cohen," :
    a/k/a "Ari Getz,"              :   23 CRIM 032
    a/k/a "Aryeh Getz,"            :
                                   :
        Defendant.                 :
                                   :
------------------ x

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         January 17, 2023

                              DAMIAN WILLIAMS
                              United States Attorney

                         By:  _____
                              ALEX ROSSMILLER
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              JULIE RENDELMAN
                              Attorney for Russell Lewis