

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 1, 2023

<u>VIA ECF</u>

The Honorable Laura Taylor Swain
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    *United States v. Russell Dwayne Lewis*, 23 Cr. 032 (LTS)

Dear Judge Swain:

    The sentencing proceeding in the above-captioned case is scheduled for Thursday, October 12, 2023, at 11:30 a.m.  One of the victims in the case, identified in the Information as Victim-2, resides outside the United States, and has requested to be permitted to observe, and potentially to make a victim impact statement to the Court, via videoconference.  The Government understands from court personnel that they are able to provide, and assist with, audio-visual capabilities, including live videoconference, at the sentencing proceeding.

    Under the Crime Victims' Rights Act, a crime victim has the right to be reasonably heard at certain public proceedings, including sentencing, in the district court.  *See* 18 U.S.C. § 3771(a)(4) Accordingly, the Government respectfully requests that the Court approve the appearance of Victim-2 via videoconference, to observe the sentencing proceeding and, if Victim-2 wishes, to be heard in connection with sentencing.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   _____
    Alex Rossmiller
    Assistant United States Attorney
    Tel.: (212) 637-2415

Cc:  *Counsel to defendant Russell Dwayne Lewis* (via ECF)