UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

      -v-                                            No. 23-CR-32-LTS

RUSSELL DWAYNE LEWIS,

      Defendant.

-----------------------------------------------------------x

<u>Scheduling Order</u>

The sentencing hearing in the above-captioned case is hereby rescheduled for October 27, 2023, at 11:00 a.m. in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       October 12, 2023

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge