UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                     No.  23-CR-32-LTS

RUSSELL DWAYNE LEWIS,

    Defendant.

-------------------------------------------------------------x

<u>Scheduling Order</u>

The sentencing hearing in the above-captioned case is hereby rescheduled for November 6, 2023, at 2:30 p.m., in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       October 24, 2023

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge